IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROY NATHANIEL MACDONALD                                                    PLAINTIFF

v.                              CASE NO. 4:18-cv-04024

NURSE S. KING, *et al.*                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 10, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 44. Judge Bryant recommends that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 31) be denied. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 31) is **DENIED**.

**IT IS SO ORDERED**, this 30th day of July, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge