IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROY NATHANIEL MACDONALD                                                PLAINTIFF

v.                          Civil No. 4:18-cv-04024

NURSE S. KING; NURSE LORI; NURSE
CHELSIE; OFFICER SHOEMAKER; CORPORAL
SANDERS; SERGEANT HENDERSON;
SERGEANT GRIFFIE; CORPORAL ROGERS;
OFFICER PATTERSON; and OFFICER HANNING                                 DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion for Summary Judgment. (ECF No. 51). Plaintiff's motion is premature. Two named defendants have not yet been served and there has been no Initial Scheduling Order entered by the Court setting forth the time for discovery and other deadlines. Plaintiff may submit a motion for summary judgment after an Initial Scheduling Order is entered and the deadline to conduct discovery set forth therein has passed.

Accordingly, Plaintiff's Motion for Summary Judgment (ECF No. 51) is **DENIED. Defendants are not required to respond to this pleading.**

**IT IS SO ORDERED** this 31st day of August 2018.

                                       /s/ Barry A. Bryant_____
                                       HON. BARRY A. BRYANT
                                       UNITED STATES MAGISTRATE JUDGE